1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EUGENE ANTHONY SINOHUE,                No.  2:26-cv-0009 AC P

12                  Petitioner,

13        v.                                ORDER

14   PATRICK COVELLO,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254 and paid the filing fee.  Petitioner has also filed a motion for

19   equitable tolling.  ECF No. 2.  Based on the dates provided in the petition for petitioner's direct

20   and collateral appeals, the petition appears to be timely.  The motion is therefore unnecessary at

21   this time and will be denied without prejudice.[1]  Since petitioner may be entitled to relief if the

22   claimed violations of his constitutional rights are proved, respondent will be directed to file a

23   response to petitioner's habeas petition.

24   ////

25   _____

26   [1]  For purposes of screening the petition, the court assumes without deciding that petitioner would
     be entitled to statutory tolling for his state collateral appeals, and this preliminary assessment does
27   not preclude respondent from moving to dismiss the petition as untimely.  In the event respondent
     moves to dismiss the petition as untimely, petitioner may raise any claims of entitlement to
28   equitable tolling at that time.

                                        1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for equitable tolling (ECF No. 2) is DENIED without prejudice.

2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, 28 U.S.C. foll. § 2254;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Supervising Deputy Attorney General.

DATED: January 8, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2